Brenda L. GILLIAM, Appellant,

v.

Steve MARSHALL and Paulette Salfen, his wife, d/b/a Steve Marshall, Cabinetmaker, Respondents.

No. 63440.

Missouri Court of Appeals, Eastern District, Southern Division.

April 12, 1994.

Robert R. Peura, Ste. Genevieve, for appellant.

Francis J. Elpers, Ste. Genevieve, for respondents.

Before CRIST, P.J., and REINHARD and AHRENS, JJ.

### ORDER

PER CURIAM.

Gilliam appeals the trial court's order denying her breach of contract claim against Marshall and granting Marshall's counterclaim against her for $5,134.53. We affirm.

We find the trial court's decision is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1). We further find no error of law appears. Rule 84.16(b)(5).

An opinion in this case would serve no precedential value; therefore we affirm by written order. A memorandum has been issued to the parties for their use only.

STATE of Missouri, Respondent,

v.

Murphy HUGHES, Appellant.

Murphy HUGHES, Appellant,

v.

STATE of Missouri, Respondent.

No. 62259.

Missouri Court of Appeals, Eastern District, Division Five.

April 12, 1994.

Cynthia R. Carle, Hillsboro, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

### ORDER

PER CURIAM.

Appellant, Murphy Hughes, appeals from a jury trial conviction for attempted first degree burglary, RSMo § 564.011 (1986), entered in the Circuit Court of the County of St. Louis for which appellant was sentenced as a prior and persistent offender to seven years' imprisonment. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the circuit court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rules 30.25(b) and 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.